**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROSETTA STEWART,**

    **Plaintiff,**

v.                                   Case No.  8:08-cv-812-T-30TGW

**BROWN & WILLIAMSON TOBACCO**
**CORPORATION, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant R.J. Reynolds Tobacco Company's Motion to Strike Plaintiff's Claim for Attorneys' Fees (Dkt. 8) and related Supplemental Statement (Dkt. 13).  Defendant's counsel has indicated that the Motion is unopposed.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant R.J. Reynolds Tobacco Company's Motion to Strike Plaintiff's Claim for Attorneys' Fees (Dkt. 8) is **GRANTED**.

2. Plaintiff's claims for attorney's fees contained within her Complaint are hereby **STRICKEN**.

**DONE** and **ORDERED** in Tampa, Florida on September 4, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-812.mt strike.frm