## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ROSETTA STEWART,**

    **Plaintiff,**

**v.**                                                                               **Case No. 8:08-cv-812-T-30TGW**

**BROWN & WILLIAMSON TOBACCO**
**CORPORATION, et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon The American Tobacco Company's Motion to Quash Plaintiff's Attempted Service of Process (Dkt. 19). Plaintiff failed to file a timely response. The Court, having thus considered the motion and supporting memoranda without a response, and being otherwise fully advised in the premises, determines it should be granted.

In her Complaint, Plaintiff alleges claims against Defendant Brown & Williamson Tobacco Corporation, individually and as successor by merger with The American Tobacco Company ("ATC"). However, Plaintiff has not alleged any claims against ATC in its individual capacity. Moreover, counsel for ATC claims the company no longer exists as a

separate legal entity.[1] ATC argues the summons and service of process on ATC in this action should be quashed.

Upon consideration, the Court agrees with ATC. Service of process on ATC should be quashed as it was not named a Defendant in Plaintiff's Complaint. It is therefore ORDERED AND ADJUDGED that:

1. The American Tobacco Company's Motion to Quash Plaintiff's Attempted Service of Process (Dkt. 19) is **GRANTED**.

2. Attempted service of process upon The American Tobacco Company is hereby **QUASHED**.

**DONE** and **ORDERED** in Tampa, Florida on September 4, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-812.mt quash.frm

---

[1] Counsel indicates that ATC merged with Brown & Williamson Tobacco Corporation ("BWTC") in 1995, which became the successor by merger to ATC. According to counsel, R.J. Reynolds Tobacco Company became the successor in interest to BWTC on or about July 30, 2004.