UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROSETTA STEWART,**

    **Plaintiff,**

v.                                              Case No. 8:08-cv-812-T-30TGW

**BROWN & WILLIAMSON TOBACCO
CORPORATION, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants' Motion for Stay Pending Final Resolution of Interlocutory Appeals and Memorandum of Law in Support (Dkt. 30). Plaintiff has failed to timely respond to Defendants' Motion. The Court, having thus considered the Motion without the benefit of a response, and being otherwise fully advised in the premises, determines the Motion should be granted.

On August 28, 2008, United States District Court Judges Schlesinger and Merryday certified orders for immediate interlocutory appeal to the Eleventh Circuit. The Eleventh Circuit thereafter granted petitions to appeal the orders in both cases. On appeal, the Eleventh Circuit will consider whether the individual plaintiffs claiming to be part of the class decertified by the Florida Supreme Court in <u>Engle v. Liggett Group, Inc.</u>, 945 So. 2d 1246, 1269 (Fla. 2006), can use the findings established in <u>Engle</u> to establish their claims in

federal court. Because the Eleventh Circuit's ruling will have a significant impact upon almost every aspect of this case, the Court concludes the instant Motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion for Stay (Dkt. 30) is **GRANTED**.

2. This case is **STAYED** until further Order of the Court.

3. This Clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

4. The Court will reopen this action upon proper motion and good cause shown. The parties are directed to promptly notify the Court upon resolution of the above referenced appeal.

**DONE** and **ORDERED** in Tampa, Florida on January 16, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-812.mt stay.frm